**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| ELLIOTT, SHAWNTAE RENEE | ) | BANKRUPTCY CASE 10-15314 |
| ELLIOTT, DUDLEY, JR. | ) | Chapter 7 |
| | ) | |
| DEBTORS. | ) | |

## NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| Claim 1 | Rjm Acquisitions LLC<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791 | $3.64 |
|---|---|---|
| Claim 7 | Statewide Credit Assn, Inc.<br>6640 Intech Blvd, Ste 200<br>Indianapolis, IN 46278 | 1.76 |
| Claim 13 | Ft Wayne City Utilities<br>c/o Snow & Sauerteig, LLP<br>203 E Berry Street, Ste 1310<br>Fort Wayne, IN 46802 | 3.66 |
| Claim 14 | Ft Wayne Cardiology<br>c/o Snow & Sauerteig, LLP<br>203 E Berry Street, Ste 1310<br>Fort Wayne, IN 46802 | 4.44 |
| Claim 15 | Ft Wayne Cardiology<br>c/o Snow & Sauerteig, LLP<br>203 E Berry Street, Ste 1310<br>Fort Wayne, IN 46802 | 4.44 |
| Claim 18 | Ft Wayne Cardiology<br>c/o Snow & Sauerteig, LLP<br>203 E Berry Street, Ste 1310<br>Fort Wayne, IN 46802 | 4.44 |
| Claim 19 | Ft Wayne Cardiology | 4.44 |

|  | c/o Snow & Sauerteig, LLP<br>203 E Berry Street, Ste 1310<br>Fort Wayne, IN 46802 |  |
|---|---|---|
|  | Total: | $26.82 |

Respectfully submitted,

/s/ Dustin M. Roach, Chapter 7 Panel Trustee
Dustin M. Roach, Chapter 7 Panel Trustee
436 East Wayne Street
Fort Wayne, IN 46802
(260) 424-8132

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of October, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov, Randall Brian Stiles, Esquire, 110 West Berry Street, Suite 1910, Fort Wayne, IN 46802, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

　　　/s/ Dustin M. Roach
Dustin M. Roach